IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JARON L. CARROLL<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA; WELLPATH, LLC, f/k/a/ CORRECT CARE SOLUTIONS, LLC; ERIC PENNELL, DANIEL GERKIN, CALEB BURK, GABRIEL PENAHERRERA, CHAD OTTE, AND ASHLEY NAUJOKS individuals being sued in their individual capacity,<br><br>　　　　Defendants. | 8:21CV233<br><br>ORDER |

　　　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The Court notes that a recent law clerk for the undersigned judge has now made an appearance in this case. Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　　SO, ORDERED.

　　　　Dated this 10th day of April 2023.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge